UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: <br> DORREATHA S YARBO <br><br> **Debtor** | CASE NO: 21-44629-399 <br> Chapter 13 <br><br> Trustee's Objection to Confirmation <br> Original Confirmation Hearing set for: <br> February 9, 2022  10:00 am |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and for her objection to confirmation states as follows:

1. Debtor's plan paragraph 3.5(D) provides for payment of a co-debtor debt, but debtor testified that she has no co-debtor nor any co-debtor debt.

**WHEREFORE** the Trustee prays the Court enter its order denying confirmation of the proposed plan.

Dated: January 24, 2022

OBJCONFAF--KR

/s/ Kathy Reichbach
Kathy Reichbach MO56957
Attorney for Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on January 24, 2022, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on January 24, 2022.

DORREATHA S YARBO
9959 LORRAINE AVE
SAINT ANN, MO  63074

/s/ Kathy Reichbach
Kathy Reichbach MO56957